7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Scott Eugene Mercer and Tonya Renee Mercer
*Debtor*

*Bankruptcy Case No.*
11–50765–can7

**Bruce E. Strauss**
   Plaintiff(s)

*Adversary Case No.*
12–05013–can

v.

**Scott Eugene Mercer**
**Tonya Renee Mercer**
   Defendant(s)

# JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharges previously granted to Scott Eugene Mercer and Tonya Renee Mercer are hereby revoked and that they are denied discharge in bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
   Deputy Clerk



Date of issuance: 9/24/13

Court to serve